IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., A NATIONAL ASSOCIATION,<br><br>       Appellant,<br><br>       vs.<br><br>SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND EAGLE VIEW HOMEOWNERS ASSOCIATION, A/K/A EAGLE VIEW PHASE I, A CORPORATION,<br><br>       Respondents. | No. 79195<br><br>**FILED**<br><br>MAR 04 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Gloria Sturman, District Judge
       Lansford W. Levitt, Settlement Judge
       Akerman LLP/Las Vegas
       Kim Gilbert Ebron
       Leach Kern Gruchow Anderson Song/Las Vegas
       Eighth District Court Clerk

21-06337